NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE MARION JENKINS,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D18-4093
　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　　　)
_____)

Opinion filed October 30, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender, and
Dane K. Chase, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly E. O'Neill, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


　　　　　　Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.